IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES CAUSEY,

　　　　Appellant,

 v.

Case No.  5D22-819
LT Case No. 2015-CF-1345-A

STATE OF FLORIDA,

　　　　Appellee.

_____/

Decision filed October 4, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Brett S. Chase, of Chase Law
Florida, P.A., St. Petersburg, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

　　　AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.